## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Antonio Devon Casey,

           Petitioner,

  v.

Jared Rardin,

           Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Case No. 25-cv-998 (MJD/DLM)

Antonio Devon Casey, pro se.

Kristen Elise Rau, Assistant United States Attorney, Counsel for Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Douglas L. Micko filed July 9, 2026. (Doc. 15). Neither party filed objections to the R&R.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Micko.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Douglas L. Micko dated July 9, 2026 **[Doc. 15]** as follows:

1

1. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**;

and

2. This action is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 12, 2026                    s/Michael J. Davis
                                           Michael J. Davis
                                           United States District Court